No. 01–6265.  VOGLIOTTI *v.* LITSCHER, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 01–6266.  THAN VAN PHAM *v.* MORGAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–6267.  MOUNCE *v.* BOONE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–6268.  WILLIAMS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–6270.  LIPSCOMB *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 01–6273.  AGARDI *v.* IOWA. C. A. 8th Cir. Certiorari denied.

No. 01–6277.  COLE *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6286.  MARTIN *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–6307.  WOODFOX *v.* LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 01–6308.  WILLIAMS *v.* TYSZKIEWICZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6321.  BYRD *v.* MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTE AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 01–6323.  OPPENHEIMER *v.* GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 01–6329.  ADAMS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–6333.  BURNS *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.